# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 2, 2010

141083

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

MICHIGAN DEPARTMENT OF
TRANSPORTATION,
   Plaintiff-Appellee,

v

DETROIT INTERNATIONAL BRIDGE
COMPANY,
   Defendant,

and

SAFECO INSURANCE COMPANY
OF AMERICA,
   Defendant-Appellant.

SC: 141083
COA: 294972
Wayne CC: 09-015581-CK

_____/

   On order of the Court, the application for leave to appeal the April 5, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 2, 2010

_____
Clerk

y0629